■ JULIO A. RIVAS et al., Appellants, v EXPANSION GROUP INC. et al., Respondents. [760 NYS2d 844] —Order, Supreme Court, New York County (Edward Lehner, J.), entered May 31, 2002, which denied plaintiffs' motion to vacate an order dismissing the action, unanimously affirmed, without costs.

The action was properly dismissed upon plaintiffs' failure to attend a pre-note of issue conference (22 NYCRR 202.27), and plaintiffs' motion to vacate the dismissal was properly denied for failure to show a meritorious cause of action (*see Lopez v Imperial Delivery Serv.,* 282 AD2d 190, 197 [2001], *lv dismissed* 96 NY2d 937 [2001]; *Polir Constr. v Etingin,* 297 AD2d 509, 511-512 [2002]). Concur—Nardelli, J.P., Andrias, Saxe, Williams and Friedman, JJ.